# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-14-00551-CV

**Scott Schroeder, Appellant**

**v.**

**Eduardo S. Espinosa, in his Capacity as Receiver of Retirement Value, LLC, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 261ST JUDICIAL DISTRICT
### NO. D-1-GN-14-001588, HONORABLE GISELA D. TRIANA, JUDGE PRESIDING

### M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Appellant Scott Schroeder has notified this Court that he has filed for bankruptcy protection (United States Bankruptcy Court, N.D. Ohio, case number 14-62604-rk). Accordingly, the appeal is stayed. *See* 11 U.S.C. § 362(a); Tex. R. App. P. 8.2. Any party may file a motion to reinstate upon the occurrence of an event that would allow the appeal to proceed. *See* Tex. R. App. P. 8.3(a). Failure to notify this Court of a lift of the automatic stay or the conclusion of the bankruptcy proceeding will result in the dismissal of the case for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Before Justices Puryear, Pemberton, and Field

Bankruptcy

Filed:   December 19, 2014